**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ***In re*** Application of NORDEX ENERGY SE & CO. KG, <br><br> *Movant.* | Miscellaneous Action <br><br> No. 24-mc-18 |

## ORDER

**AND NOW**, this 31st day of May, 2024, it is hereby **ORDERED** that:

1.      The application under 28 U.S.C. § 1782 (ECF No. 1) is **GRANTED**.

2.      Movant may serve the proposed subpoenas, along with a copy of this Order, on SKF USA, Inc. within 30 days of the date of this Order.

3.      This Order is without prejudice to the right of any other party to raise any appropriate challenge to the subpoenas or the propriety of Movant's application under § 1782. See Banca Pueyo SA v. Lone Star Fund IX (US), L.P., 55 F.4th 469, 474-75 (5th Cir. 2022).


**BY THE COURT:**


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**